No. 95–6625. JONES *v.* GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 95–6629. SOLIMINE *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–6630. WILLIAMS *v.* JABE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6631. BRADLEY *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–6634. FRAZIER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6645. ROBERSON *v.* RANEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6647. VEY *v.* COLVILLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–6649. JONES *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–6662. COOK *v.* MOYER ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6665. COLLINS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–6667. COX *v.* ROBINSON, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. Cir. Ct. Anne Arundel County, Md. Certiorari denied.

No. 95–6673. CROWDER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6680. TSIMBIDAROS *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–6683. DORSEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6684. GLASS *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.